# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Rafael Mendez-Soto, <br><br> Petitioner <br><br> v. <br><br> Jo Gentry, et al., <br><br> Respondents | 2:17-cv-02640-JAD-CWH <br><br> **Order Denying Application to Proceed *In Forma Pauperis*** <br><br> [ECF No. 1] |

Pro se petitioner Rafael Mendez-Soto, an inmate at the Southern Desert Correctional Center, petitions for a writ of habeas corpus under 28 U.S.C. § 2254 and applies to proceed *in forma pauperis*.[1] After a complete review of Mendez-Soto's financial statements,[2] I find that he is capable of paying the $5.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that the application to proceed *in forma pauperis* **[ECF No. 1] is DENIED**. Mendez-Soto **has until March 8, 2018, to have the $5.00 filing fee sent to the Clerk of Court**. If Mendez-Soto does not comply with or otherwise respond to this court-ordered deadline, **this case will be DISMISSED without further prior notice**.

The **Clerk of Court** is directed to **SEND Mendez-Soto two copies of this order.** Mendez-Soto **MUST ATTACH one of the copies of this order to the check paying the filing fee.**

DATED: February 6, 2018.

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF Nos. 1, 1-1.

[2] ECF No. 1 at 8–12.